UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CONNIE HART,

    Plaintiff,

v.                      No. 3:16-cv-0128-DRH

EFFINGHAM COUNTY HEALTH DEPARTMENT,

    Defendant.

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 16, 2018 (Doc. 53), this case is **DISMISSED with prejudice**.

        JUSTINE FLANAGAN,
        ACTING CLERK OF COURT

        BY: /s/Alex Francis
        **Deputy Clerk**

APPROVED: /s/ David R. Herndon

Judge Herndon
2018.01.22
14:47:48 -06'00'

U.S. DISTRICT JUDGE
U. S. DISTRICT COURT